

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO NUNEZ RODRIGUEZ,<br><br>Defendant. | Case No.: 19-CR-01617-CAB<br><br>**JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS THE INFORMATION** |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Information in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the government's motion to dismiss without prejudice the Information is GRANTED.

IT IS SO ORDERED.

DATED: 2/7/2020

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE